IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:11CR3018 |
| | ) | |
| V. | ) | |
| | ) | |
| ROBERT M. FAST, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After consultation with counsel and with their agreement,

IT IS ORDERED that:

(1) Understanding that the Court of Appeals has remanded this matter to me for reconsideration of the restitution order, a three-hour evidentiary hearing will commence before me at 1:30 p.m. on Friday, July 13, 2012.

(2) The government shall provide a brief and any additional documentary evidence that was not presented at the earlier hearing on or before the close of business on June 25, 2012.

(3) The defendant may reply to the government's brief and listing of additional evidence no later than close of business on July 2, 2012.

(4) If Mr. Fast desires to be present for the aforementioned hearing, he shall promptly notify his counsel. If, on the other hand, Mr. Fast does not desire to be present, the court will not require him to be present but his counsel shall obtain and file a written waiver of appearance no later than June 11, 2012.

(5) Counsel for the government shall give notice of the entry of this order to the victim and her counsel.

DATED this 17th day of May, 2012.

BY THE COURT:
*Richard G. Kopf*
Senior United States District Judge